IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TOBY G. CHAVEZ,

      Petitioner,

vs.                                                       No. CIV 13-0338 JB/SCY

GERMAN FRANCO, Warden,
and THE STATE OF NEW MEXICO,

      Respondents.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed September 30, 2014 (Doc. 41)("MOO").  The MOO dismissed with prejudice the Petition, filed April 9, 2013 (Doc. 1).  Accordingly, the Court now enters final judgment in this matter.

**IT IS ORDERED** that the Petition, filed April 9, 2013 (Doc. 1), is dismissed with prejudice, and final judgment is entered.

                                                     _____
                                                        UNITED STATES DISTRICT JUDGE

*Counsel and Parties:*

Toby G. Chavez.
Southern New Mexico Correctional Facility
Las Cruces, New Mexico

      *Plaintiff pro se*

Gary K. King
   New Mexico Attorney General
Jane Bernstein
   Assistant New Mexico Attorney General
New Mexico Attorney General's Office
Albuquerque, New Mexico

   *Attorneys for the Defendants*